

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>Daniel Webster MARTIN,<br><br>  Defendant. | Case No.: 20MJ046<br><br>COMPLAINT FOR VIOLATION OF<br><br>18 U.S.C. § 545<br>Smuggling Goods Into the United States (Felony)<br>18 U.S.C. § 2<br>Aiding and Abetting |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about January 15, 2020, within the Southern District of California, defendant Daniel Webster MARTIN did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, one 950 ML bottle of Termidel and one 950 ML bottle of Control 24, in violation of Title 18, United States Code, Sections 545 and 2.

//

//

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3 DAY OF FEBRUARY 2020.

_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

United States of America
    v.
Daniel Webster MARTIN

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

At about 6:48 a.m. on January 15, 2020, Daniel Webster MARTIN entered the United States at the Otay Mesa Port of Entry as the driver of a white 2001 Volvo, bearing California license plates, registered to his parents. CBP Officer Alfredo Ubaldo Jimenez contacted MARTIN and asked twice what he had to declare from Mexico. MARTIN twice stated he had nothing to declare.

CBP Officer Jimenez performed an inspection of the trunk of the vehicle and observed two bottles of pesticides. CBP Officer Jimenez referred the vehicle to secondary inspection.

CBP Officer S. Khan conducted a search of the vehicle in the secondary inspection area. CBP Officer McMichael discovered one bottle of Termidel 48 and one bottle of Control 24, Mexican pesticides, in the trunk of the vehicle. MARTIN also possessed a receipt for the purchase of the pesticides in Tijuana on January 14, 2020.

I responded to the POE, along with other agents to interview MARTIN. After being advised of his Constitutional rights and waiving his rights in writing,

MARTIN stated that he purchased the pesticides in Tijuana and intended to use them at his home to kill spiders.

According to the labels, both bottles contain the active ingredient chlorpyrifos. Termidel 48 contains chlorpyrifos at a concentration of 48% and Control 24 contains chlorpyrifos at a concentration of 24%. U.S. Environmental Protection Agency (EPA) Special Agents advised that in the United States, chlorpyrifos is a restricted-use pesticide because it is lethal if ingested, harmful if absorbed through the skin, or inhaled, highly toxic to bees, toxic to birds, acutely toxic to fish and aquatic invertebrates, and can have chronic and long-lasting effects. In the United States, federal regulations limit the sale and use of restricted-use pesticides to applicators certified by a program approved by the EPA, who have received training in mitigating the dangers of such pesticides, and persons under their direct supervision. A search of the database of certified pesticide applicators in California revealed that MARTIN holds no such certification.

Federal law prohibits the distribution and sale of unregistered pesticides. 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the EPA may be imported or sold in the United States. 7 U.S.C. §136o(c). All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English

language. 40 C.F.R. §156.10(a)(3). The containers of pesticides found with MARTIN were labeled only in Spanish and bore no EPA registration numbers.

MARTIN was served with a Notice to Appear on February 26, 2020, for violation(s) of Title 18 USC § 545, Smuggling Goods into the United States.