# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>DANIEL WEBSTER MARTIN,<br><br>      Defendant | Case No. 20-CR-0866-WQH<br><br>**JUDGMENT and ORDER OF DISMISSAL** |

The court, having read and considered the Government's Motion to Dismiss the case, and finding good cause therein,

HEREBY ORDERS that this case is dismissed, with prejudice.

Dated: January 21, 2021

                                        Hon. William Q. Hayes
                                        United States District Court